UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PETERSON-PURITAN SITE OU 2 REMEDIAL ACTION GROUP, </br></br>Plaintiff, </br></br>v. </br></br>A AND J TOOL & FINDINGS CO., INC.; *et al*, </br></br>Defendants. | Civil Action No. 18-497-WES-PAS |

### NOTICE OF DISMISSAL OF CARVEL CORPORATION

Plaintiff, Peterson-Puritan Site OU 2 Remedial Action Group, by counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of its voluntary dismissal, without prejudice, of Carvel Corporation, only, as a party defendant, which has not yet filed an answer or motion for summary judgment in this civil action. This dismissal shall have no effect on the claims asserted by Plaintiff against the other defendants in this civil action, and all such claims shall remain in full force and effect.

Respectfully submitted,

PETERSON-PURITAN SITE OU 2 REMEDIAL ACTION GROUP

By: */s/ Ralph R. Liguori*
Patrick T. Jones
Rhode Island Bar No. 6636
Ralph R. Liguori
Rhode Island Bar No. 5039
JONES KELLEHER LLP
One Center Place
Providence, RI  02903
Tel: (401) 273-0800
Fax: (401) 273-0801
rliguori@joneskell.com
pjones@joneskell.com

By: */s/ Curtis A. Connors*
    Roy P. Giarrusso, *pro hac vice*
    Massachusetts Bar No. 549470
    Curtis A. Connors, *pro hac vice*
    Massachusetts Bar No. 630288
    GIARRUSSO, NORTON, COOLEY, & MCGLONE, P.C.
    Marina Bay
    308 Victory Road
    Quincy, MA 02171
    Tel: (617) 770-2900
    Fax: (617) 773-6934
    rgiarrusso@gncm.net
    cconnors@gncm.net

By: */s/*
    Winthrop A. Short Jr., *pro hac vice*
    Virginia Bar No. 20022
    KAUFMAN & CANOLES, P.C.
    One City Center
    11815 Fountain Way, Suite 400
    Newport News, VA 23606
    Tel: (757) 873-6300
    Fax: (888) 360-9092
    washort@kaufcan.com

DATED: November 9, 2018

## **CERTIFICATE OF SERVICE**

In accordance with the provisions of LR Gen 309 of the Local Rules of this Court, I hereby certify that this document has been filed electronically and it is available for viewing and downloading from the Court's ECF system. Service on each counsel of record was accomplished by the ECF system's transmission of the NEF to counsel of record for each of the parties, and paper copies will be sent to those indicated as non-registered participants.

                                                         /s/ Curtis A. Connors