UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| PETERSON-PURITAN SITE OU 2 REMEDIAL ACTION GROUP,<br><br>Plaintiff,<br><br>v.<br><br>A AND J TOOL & FINDINGS CO., INC., *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 18-497-WES-PAS<br>)<br>)<br>)<br>)<br>) |

## **CONSENT JUDGMENT AGAINST AMERICAN PRODUCTS, INC.**

Upon the agreement of the Plaintiff, Peterson-Puritan Site OU 2 Remedial Action Group, by counsel, and Defendant, American Products, Inc., by counsel, and the Court having deemed that it is proper to do so, it is hereby ORDERED and ADJUDGED:

(1) that the Plaintiff recover of American Products, Inc., the sum of $46,180, inclusive of interest;

(2) that, consistent with the relief sought in Plaintiff's Complaint, this Consent Judgment relates only to all past, present and future response costs incurred or to be incurred by the Plaintiff, or its members, or paid or to be paid by the Plaintiff, or its members to the United States and/or the State of Rhode Island, relating to Operable Unit 2 of the Peterson Puritan, Inc. Superfund Site ("Site") described in paragraph 1 of Plaintiff's Complaint, and, specifically, it shall not constitute a judgment between the Plaintiff and American Products, Inc. with regard to any claim or liability for injury to, destruction of, or loss of natural resources at, related to, or arising from the Site, among other matters;

  (3) that American Products, Inc. waives all rights of appeal and for a stay of execution with regard to this Consent Judgment;

  (4) that the Plaintiff and American Products, Inc. are responsible for their own court costs and attorneys' fees with regard to the entry of this Consent Judgment;

  (5) that entry of this Consent Judgment shall not affect the claims asserted by the Plaintiff against the other defendants in this civil action, and all such claims shall remain in full force and effect.

IT IS SO ORDERED.

*/s/ William E. Smith*
_____
William E. Smith
Chief Judge
Date:  January 22, 2019