UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| PETERSON-PURITAN SITE OU 2 REMEDIAL ACTION GROUP, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 18-497-WES-PAS |
| A AND J TOOL & FINDINGS CO., INC.; *et al*, | ) ) ) |
| Defendants. | ) ) ) |

### NOTICE OF DISMISSAL OF PINE VALLEY COUNTRY CLUB, INC.

Plaintiff, Peterson-Puritan Site OU 2 Remedial Action Group, by counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of its voluntary dismissal, with prejudice, of Pine Valley Country Club, Inc., only, as a party defendant that has not yet filed an answer or motion for summary judgment, in this civil action, provided that: (1) consistent with the relief sought in Plaintiff's Complaint, this Notice of Dismissal relates only to all past, present and future response costs incurred or to be incurred by the Plaintiff, or its members, or paid or to be paid by the Plaintiff, or its members to the United States and/or the State of Rhode Island, relating to Operable Unit 2 of the Peterson Puritan, Inc. Superfund Site ("Site") described in paragraph 1 of Plaintiff's Second Amended Complaint, and, specifically, it shall not constitute a judgment between the Plaintiff and Pine Valley Country Club, Inc. with regard to any claim or liability for injury to, destruction of, or loss of natural resources at, related to, or arising from the Site, among other matters, and (2) this Notice of Dismissal shall not affect the claims asserted by the Plaintiff against the other defendants in this action, and all such claims shall remain in full force and effect.

Respectfully submitted,

PETERSON-PURITAN SITE OU 2 REMEDIAL ACTION GROUP


By: /s/
    Patrick T. Jones
    Rhode Island Bar No. 6636
    Ralph R. Liguori
    Rhode Island Bar No. 5039
    JONES KELLEHER LLP
    One Center Place
    Providence, RI  02903
    Tel: (401) 273-0800
    Fax: (401) 273-0801
    rliguori@joneskell.com
    pjones@joneskell.com


By: /s/
    Roy P. Giarrusso, *pro hac vice*
    Massachusetts Bar No. 549470
    Curtis A. Connors, *pro hac vice*
    Massachusetts Bar No. 630288
    GIARRUSSO, NORTON, COOLEY, & MCGLONE, P.C.
    Marina Bay
    308 Victory Road
    Quincy, MA  02171
    Tel: (617) 770-2900
    Fax: (617) 773-6934
    rgiarrusso@gncm.net
    cconnors@gncm.net


By: /s/ Winthrop A. Short Jr.
    Winthrop A. Short Jr., *pro hac vice*
    Virginia Bar No. 20022
    KAUFMAN & CANOLES, P.C.
    One City Center
    11815 Fountain Way, Suite 400
    Newport News, VA  23606
    Tel: (757) 873-6300
    Fax: (888) 360-9092
    washort@kaufcan.com

DATED:  July 2, 2019

**CERTIFICATE OF SERVICE**

In accordance with the provisions of LR Gen 309 of the Local Rules of this Court, I hereby certify that this document has been filed electronically and it is available for viewing and downloading from the Court's ECF system. Service on each counsel of record was accomplished by the ECF system's transmission of the NEF to counsel of record for each of the parties, and paper copies will be sent to those indicated as non-registered participants.

                                                                */s/ Winthrop A. Short Jr.*