UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|   |   |
|---|---|
| PETERSON-PURITAN SITE OU 2 REMEDIAL ACTION GROUP, ) ) ) ) Plaintiff, ) ) v. ) ) A AND J TOOL & FINDINGS CO., INC.; *et al.*, ) ) Defendants. ) | Civil Action No. 18-497-WES-PAS |

## **STIPULATION REGARDING EXTENSIONS OF TIME REQUESTED BY CERTAIN DEFENDANTS**

WHEREAS, numerous Defendants, not yet appeared of record in the case, have requested extensions of the allowable timeframe for filing a response to the Second Amended Complaint, and Plaintiff has agreed to those requests.

WHEREAS, Plaintiff seeks to avoid overburdening the Court's docket with multiple motions/stipulations.

WHEREAS, Plaintiff is prepared to periodically inform the Court of any additional extension requests by other Defendants to which Plaintiff does not object.

NOW, THEREFORE, IT IS HEREBY STIPULATED by Plaintiff that a response extension be granted to a certain Defendant as described below:

1. July 31, 2019

    a. Atamian Manufacturing Corp.

Respectfully submitted,

PETERSON-PURITAN SITE OU 2 REMEDIAL ACTION GROUP

By: /s/ Ralph R. Liguori
    Patrick T. Jones
    Rhode Island Bar No. 6636
    Ralph R. Liguori
    Rhode Island Bar No. 5039
    JONES KELLEHER LLP
    One Center Place
    Providence, RI  02903
    Tel: (401) 273-0800
    Fax: (401) 273-0801
    rliguori@joneskell.com
    pjones@joneskell.com

By: /s/ Curtis A. Connors
    Roy P. Giarrusso, *pro hac vice*
    Massachusetts Bar No. 549470
    Curtis A. Connors, *pro hac vice*
    Massachusetts Bar No. 630288
    GIARRUSSO, NORTON, COOLEY, & MCGLONE, P.C.
    Marina Bay
    308 Victory Road
    Quincy, MA  02171
    Tel: (617) 770-2900
    Fax: (617) 773-6934
    rgiarrusso@gncm.net
    cconnors@gncm.net

By: /s/
    Winthrop A. Short Jr., *pro hac vice*
    Virginia Bar No. 20022
    KAUFMAN & CANOLES, P.C.
    One City Center
    11815 Fountain Way, Suite 400
    Newport News, VA  23606
    Tel: (757) 873-6300
    Fax: (888) 360-9092
    washort@kaufcan.com

DATED: July 8, 2019

## **CERTIFICATE OF SERVICE**

In accordance with the provisions of LR Gen 309 of the Local Rules of this Court, I hereby certify that this document has been filed electronically and it is available for viewing and downloading from the Court's ECF system. Service on each counsel of record was accomplished by the ECF system's transmission of the NEF to counsel of record for each of the parties, and paper copies will be sent to those indicated as non-registered participants.

*/s/  Curtis A. Connors*