UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


PETERSON – PURITAN SITE OU 2
REMEDIAL ACTION GROUP,

    Plaintiff,


        v.                                    CA No. 18-cv-497-WES


A AND J TOOL & FINDINGS,
CO, INC., et al.

    Defendants.


**JUDGMENT**

    This action came to be heard before the Court and a decision has been rendered. Upon consideration whereof, it is now hereby ordered, adjudged, and decreed as follows:

    Pursuant to this Court's Order entered on October 19, 2022, and in accordance with Fed. R. Civ. P. 58., judgment is entered for Plaintiff Peterson – Puritan Site OU 2 Remedial Action Group and against Defendants Buckley & Mann, Inc., Center Auto Body, Inc., Central Falls Plate Glass Company, Circle K Stores Inc., Dial Battery Paint & Auto Supply, Inc., Dome Construction Company, Inc., Kitsis, Oscar, Nationwide Tractor Trailer Driving School, Inc., Pascal Industries, Inc., Ridco, Inc., Signature Printing, Inc. and V.J. Berarducci & Sons Inc. The monetary default amounts are found in the attachment to this judgment.

It is so ordered.

October 19, 2022                                By the Court:

                                                          /s/ Hanorah Tyer-Witek.
                                                                Clerk of Court